IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES TYRONE ROBINSON,

    Petitioner.

v.                              CASE NO. 4:06-cv-00153-MP-WCS

JAMES McDONOUGH,

    Respondent.

_____/

## **O R D E R**

      This matter is before the Court on Doc. 6, Report and Recommendation of the Magistrate Judge, recommending that Petitioner Robinson's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, be denied without prejudice for failure to prosecute or to comply with an order. The Magistrate Judge filed the Report and Recommendation on Thursday, July 6, 2006. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made.

      Petitioner was ordered to amend his petition for writ of habeas corpus. Doc. 5. In filing his initial petition, Petitioner failed to title his petition or request any specific relief from the Court. Petitioner has not complied with the order to file an amended petition. The Court agrees

with the Magistrate that because Petitioner has failed to comply with an order or to prosecute this case, his petition should be dismissed without prejudice. Therefore, having considered the Report and Recommendation, I have determined that the Report and Recommendation should be ADOPTED. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

Petitioner's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, is denied without prejudice.

**DONE AND ORDERED** this   20th day of September, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge